IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR120 |
| vs. | |
| TANNER J. LEICHLEITER, | ORDER |
| Defendant. | |

  **THIS MATTER** is before the court on the motion of Jeffrey L. Thomas to withdraw as counsel for the defendant, Tanner J. Leichleiter (Filing No. 72). Carlos A. Monzon has filed an entry of appearance as retained counsel for Tanner J. Leichleiter. Therefore, Jeffrey L. Thomas's motion to withdraw (Filing No. 72) will be granted.

  Jeffrey L. Thomas shall forthwith provide Carlos A. Monzon any discovery materials provided to the defendant by the government and any such other materials obtained by Jeffrey L. Thomas which are material to Tanner J. Leichleiter's defense.

  The clerk shall provide a copy of this order to Carlos A. Monzon.

  **IT IS SO ORDERED.**

  Dated this 7th day of January, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge