IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TANNER J. LEICHLEITER<br><br>　　　　　　Defendant. | **8:20CR120**<br><br>ORDER |

　　　　On February 18, 2022 the court held a status conference to determine if Defendant has retained new counsel.  The court previously granted Defendant's attorney, Carlos A. Monzon's Motion to Withdraw as Counsel (Filing No. 243). Defendant has informed the court that he cannot afford counsel and asked the court to appoint counsel.  After inquiry of Defendant, the court finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

　　　　IT IS ORDERED that Joshua W. Weir, 1904 Farnam Street Suite 425, Omaha, NE 68102, (402) 513-3650  is appointed to represent Tanner J. Leichleiter for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Weir shall forthwith file an appearance in this matter.  Carlos A. Monzon shall forthwith provide Joshua W. Weir any discovery materials provided to the defendant by the government and any such other materials obtained by Carlos Monzon which are material to Tanner J. Leichleiter's defense.

　　　　IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.  Joshua W. Weir, 1904 Farnam Street Suite 425, Omaha, NE 68102, (402) 513-3650

　　　　IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska, Joshua Weir and the defendant.

　　　　DATED this 18th day of February, 2022.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge