IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TANNER J. LEICHLEITER,<br><br>　　　　　　　Defendant. | 8:20CR120<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Joshua W. Weir to withdraw as counsel for the defendant, Tanner J. Leichleiter (Filing No. 286). Gerald L. Soucie has filed an entry of appearance as retained counsel for Tanner J. Leichleiter. Therefore, Joshua W. Weir's motion to withdraw (Filing No. 286) will be granted.

Joshua W. Weir shall forthwith provide Gerald L. Soucie any discovery materials provided to the defendant by the government and any such other materials obtained by Joshua W. Weir which are material to Tanner J. Leichleiter's defense.

The clerk shall provide a copy of this order to Gerald L. Soucie.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge